ROBERT W. GLEASON, Respondent, *v.* JAMES W. SMITH, Appellant.

(Submitted June 9, 1886; decided October 12, 1886.)

*J. Noble Hayes* for appellant.

*Charles F. Wells* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

BRIDGET MULCAHY, Respondent, *v.* FRANCIS C. DEVLIN, Appellant.

(Argued October 5, 1886; decided October 12, 1886.)

*Abram Kling* for motion.

*Jacob A. Gross* opposed.

Motion granted under section 191 of the Code of Civil Procedure.
All concur.
Appeal dismissed.